Tara Sutton
Gary L. Wilson
Holly H. Dolejsi
Troy F. Tatting
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181
Attorneys for Plaintiffs, Janice L. Snyder
and Henry A. Snyder

RECEIVED

OCT 16 2013

AT 8:30_____M
WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

In re: FOSAMAX (ALENDRONATE
SODIUM) PRODUCTS LIABILITY
LITIGATION

MDL No. 2243
Civ. Action No. 08-08(JAP/LHG)

This Document Relates to:

JANICE L. SNYDER and
HENRY A. SNYDER,

        Plaintiffs,

vs.

MERCK, SHARP & DOHME CORP.,
f/k/a MERCK & CO., INC., a New Jersey
corporation, MERCK & CO., INC.,
a New Jersey corporation,
GLAXOSMITHKLINE, LLC,
a Delaware corporation,
GENENTECH, INC., a Delaware
corporation, HOFFMANN-LA ROCHE,
INC., a New Jersey corporation, and
ROCHE LABORATORIES, INC.,
a Delaware corporation,

Civ. No. 3:13-cv-02686

**NOTICE OF VOLUNTARY
DISMISSAL WITHOUT
PREJUDICE PURSUANT TO
FEDERAL RULE OF CIVIL
PROCEDURE 41(a)(1)(A)(i)**

So ordered
[signature]

84252712.1

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Janice L. Snyder and Henry A. Snyder voluntarily dismiss the above-captioned action and Complaint without prejudice. The Defendants have not served an answer or a motion for summary judgment. Plaintiffs above-named have not previously dismissed any federal- or state-court action based on or including the same claims.

DATED: October 15, 2013            ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ Troy F. Tatting
Tara Sutton (#23199X)
Gary L. Wilson (#179012)
Holly H. Dolejsi (#0390110)
Troy F. Tatting (#0354156)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
612-349-8500

**ATTORNEYS FOR PLAINTIFFS**

84252712.1

## CERTIFICATE OF SERVICE

I hereby certify that all defendants are being served this 15th day of October, 2013, with a copy of this document via ECF filing.

/s/ Troy F. Tatting
Troy F. Tatting

84252712.1